UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CIVIL ACTION NO: 14-cv-03142 |
| | ) |
| VERSUS | ) JUDGE SUMMERHAYS |
| | ) |
| 56.00 ACRES OF LAND, MORE OR LESS, SITUATED IN PARISH OF ST. MARTIN, STATE OF LOUISIANA, AND BURDIN PROPERTIES PARTNERSHIP, *ET AL.* | ) MAGISTRATE JUDGE AYO ) ) ) TRACT NOS. 109E-1 AND 109E-2 ) ) |

## JUDGMENT ON TITLE AND JUST COMPENSATION

Considering the Motion to Determine Title and Just Compensation filed by the United States of America, and the evidence submitted during a hearing on said Motion:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the just compensation for the taking of the property interest identified in the Complaint and Declaration of Taking filed herein on October 29, 2014, shall be the sum of SIX THOUSAND FOUR HUNDRED AND 00/100 DOLLARS ($6,400.00). Said sum shall be full and just compensation and in full satisfaction of any and all claims of whatsoever nature against the United States by reason of the institution and prosecution of this action and the taking of said property interests, specifically, the perpetual monitoring easement and perpetual water circulation easement, and all appurtenances thereto. The said sum subject to all real estate taxes, liens, and encumbrances of whatsoever nature existing against said property at the time prior to title to the property interests vesting in the United States, and all such liens and encumbrances of whatsoever nature shall be payable and deductible from said sum.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that title to the property interest described in Schedule C attached to the Declaration of Taking filed herein vested in the United States free of all claims and liens of every kind of whatsoever upon the filing of the Declaration of Taking on October 29, 2014.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that prior title to the property interests vesting in the United States, ownership of 38 acres of the property was held by Burdin Properties Partnership and 18 acres of the property was held by the State of Louisiana. The United States provided notice to all known members of the partnership at their last known addresses of the December 16, 2024, hearing pertaining to the issues of ownership and/or just compensation.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that each owner of the 38 acres is entitled to their pro rata share of the sum of FOUR THOUSAND THREE HUNDRED FORTY-TWO AND 99/100 DOLLARS ($4,342.99). Specifically, John Burdin, III and Helen Claire Burdin Alvarado are each entitled to $542.87 for their 12.5% interest in the 38 acres, while Barbara Renaudin, Helen Simpson and Kathryn Leonard will each receive $1,085.75 for their 25% interest in the 38 acres. Counsel for the State of Louisiana stipulated during the hearing that the State is not entitled to compensation for the remaining 18 acres based upon prior agreements between the State and the Department of the Army concerning this water management project.

Pursuant to Local Rule 67.3 for Disbursement of Registry Funds, the Clerk of Court is directed to disburse the funds in the amounts indicated above for the 38 acres, together with any interest accrued thereon less the assessment fee for the administration of funds, by drawing a check for each owner who has provided sufficient information for purposes of ordering checks, and make

checks payable as further indicated, in a separate motion for disbursement of funds from the registry of the court which is required to be submitted.

If said funds or any portion thereof remain deposited in the Registry of the Court unclaimed for five years from the date of judgment herein, the Clerk of Court is hereby authorized and directed, without further order of the Court, to draw a check therefor and deposit in the Treasury of the United States to the credit of the United States in the manner provided in 28 U.S.C. § 2042. The funds allocated to the Clerk of Court for the State's 18 acres shall also be deposited in the Treasury of the United States in the same manner.

THUS DONE AND SIGNED this 27th day of January, 2024.

HONORABLE ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE